**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MARCUS ANTONIO DAVIS                                                    PLAINTIFF
ADC #160385

V.                                    No. 1:19CV00043-JM

KING, Nurse, CCS; and
HANSON, Doctor, CCS                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without

prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 17th day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE